## SPARKS V. J. S. REEVES & CO.

### Assumpsit.

(Decided Jan. 17, 1907.)

Appeal from Clay County Court.
Heard before Hon. W. H. Pearce.
No counsel marked for either party.
Per curiam.—The appeal having been taken more than six months before this call and no record or transcript having been sent up, the cause is docketed and affirmed.

## TENNESSEE C. C.. I. & R. R. CO., ET AL. V. ODEN.

### Damages.

(Decided Nov. 20, 1906.)

Appeal from Birmingham City Court.
Heard before Hon. C. W. Ferguson.
Percy & Benners, for appellant.
Bowman, Harsh & Beddow, for appellee.
Dismissed by order of appellant.
Per curiam.

## TUSCALOOSA WATER WORKS CO. V. HERRON.

### Assumpsit.

(Decided Jan. 22, 1907.)

Appeal from Tuscaloosa County Court.
Heard before Hon. H. B. Foster.
Henry A. Fitts, for appellant.
Henry A. Jones, and Robison Brown, for appellee.
Dismissed by order of appellant.
Per curiam.